# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 23, 2014

## NO. 03-11-00594-CV

**Michael Hamilton, Appellant**

**v.**

**Mark Washington, in his Capacity as City of Austin Civil Service Director; Art Acevedo, in his Capacity as City of Austin Chief of Police; the City of Austin; and Gary Cobb and Stephen Edmonds, in their Capacity as Members of Austin Firefighters' and Police Officers' Civil Service Commission, Appellees**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
AFFIRMED IN PART: REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on September 12, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the portion of the trial court's judgment to the extent it dismissed Hamilton's constitutional claim against the City of Austin and to the extent it dismissed Hamilton's ultra vires claims for declaratory and mandamus relief against the individual defendants in their official capacities and remands the case to the trial court for further proceedings consistent with the Court's opinion; and affirms the trial court's judgment in all other respects. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.